

0:04-CV-61602-Jordan

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2004

DOCKET NO. 1373

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-63)

On October 24, 2000, the Panel transferred 58 civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 725 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Sarah Evans Barker.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Barker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of October 24, 2000, and, with the consent of that court, assigned to the Honorable Sarah Evans Barker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



# SCHEDULE CTO-63 - TAG ALONG ACTIONS
# DOCKET NO. 1373
# IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

**DISTRICT   DIV. C.A.#**

**FLORIDA SOUTHERN**
FLS    0  04-61102         Carlos Miguel Pastor, et al. v. Ford Motor Co., et al.

**GEORGIA NORTHERN**
GAN    1  04-1935          Melva D. Hill, etc. v. Bridgestone Americas Holding, Inc., et al.
GAN    1  04-2097          Yusuf Sharif Phillips v. Bridgestone Americas Holding, Inc., et al.
GAN    1  04-2098          Kali Haleem Warren v. Bridgestone Americas Holdings, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1  04-604           David Wright v. Bridgestone/Firestone North American Tire Co., et al.

**LOUISIANA EASTERN**
LAE    2  04-2074          Olga Porras, et al. v. Bridgestone/Firestone North American Tire, LLC, et al.
~~LAE    2  04-2345~~          ~~Brenda Benoit, et al. v. Bridgestone/Firestone, Inc., et al.~~   **OPPOSED 10/1/04**

**MISSISSIPPI NORTHERN**
MSN    2  04-195           Vanessa Mister, et al. v. Ford Motor Co., et al.

**TEXAS SOUTHERN**
TXS    5  04-11            German Hernandez Garcia, et al. v. Firestone, Inc., et al.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

October 7, 2004

Laura A. Briggs, Clerk
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Re: MDL-1373 -- In re Bridgestone/Firestone Tires, Inc., Products Liability Litigation

(See Attached Schedule CTO-63)

Dear Ms Briggs:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on September 21, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
   Deputy Clerk

Attachments

cc:  Transferee Judge:    Judge Sarah Evans Barker
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 38